## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRINTFRESH LLC<br><br>       Plaintiff,<br><br>  v.<br><br>THE TJX COMPANIES, INC.; MALANI IMPEX INC.; MASTER STROKE INTERIORS PRIVATE LIMITED; and HAUTE AFFAIRS NYC INC.,<br><br>       Defendants. | Civil Action No.: 25-cv-12333<br><br>**JURY TRIAL DEMAND** |

## COMPLAINT

Plaintiff Printfresh LLC ("Printfresh" or "Plaintiff"), complains and alleges against Defendants The TJX Companies, Inc. ("TJX"), Malani Impex Inc. ("Malani Impex"), Master Stroke Interiors Private Limited ("Master Stroke"), and Haute Affaires NYC Inc. ("Haute Affaires") (collectively, "Defendants"), as follows:

## NATURE OF THE ACTION

1.      Printfresh is a nationally recognized luxury lifestyle and apparel brand which creates its own unique designs in-house. These designs are then featured on its various products and apparel. Included in Printfresh's library of one-of-a-kind designs are Printfresh's *Bagheera* and *Tiger Queen* prints. Both the *Bagheera* print, and the *Tiger Queen* prints are some of Printfresh's most popular designs. Moreover, the *Bagheera* design has been featured in national media articles and at industry trade shows.

2.      The Defendant The TJX Companies, Inc. is a multinational department store corporation that wholly owns multiple entities including HomeGoods, LLC, Marshalls of Nevada,

Inc. and NBC Fourth Realty Corp, among others. The TJX Companies, Inc. violated the copyright laws 17 U.S.C. § 101 *et seq*. when its wholly owned and operated subsidiaries HomeGoods, LLC, Marshalls of Nevada, Inc. and NBC Fourth Realty Corp. distributed and sold apparel infringing on Printfresh's copyrighted *Bagheera* print and Printfresh's copyrighted *Tiger Queen* print and home furnishings infringing on Printfresh's copyrighted *Bagheera* print without Printfresh's consent. Printfresh seeks damages and appropriate injunctive relief.

3.    The Defendant Malani Impex Inc. is an India-based textiles and handicrafts manufacturer and exporter that exports products to the United States. Malani Impex violated the copyright laws of 17 U.S.C. § 101 *et seq*., by reproducing, distributing, and selling home furnishings infringing on Printfresh's copyrighted *Bagheera* design without Printfresh's consent. Printfresh seeks damages and appropriate injunctive relief.

4.    The Defendant Master Strokes Interior Private Limited is an India private limited company that exports products to the United States. Master Strokes Interior Private Limited violated the copyright laws of 17 U.S.C. § 101 *et seq*., by reproducing, distributing, and selling home furnishings infringing on Printfresh's copyrighted *Bagheera* design without Printfresh's consent. Printfresh seeks damages and appropriate injunctive relief.

5.    The Defendant Haute Affaires NYC Inc. is a United States apparel retailer. Haute Affaires NYC Inc. violated the copyright laws of 17 U.S.C. § 101 *et seq*., by distributing, and selling apparel infringing on Printfresh's copyrighted *Bagheera* design and Printfresh's copyrighted *Tiger Queen* print without Printfresh's consent. Printfresh seeks damages and appropriate injunctive relief.

## PARTIES

6.      Printfresh is a Pennsylvania limited liability company with a principal place of business at 1639 N Hancock St., Suite 101, Philadelphia, Pennsylvania 19122.

7.      On information and belief, The TJX Companies, Inc. is a Delaware corporation with a principal place of business at 770 Cochituate Road, Framingham, Massachusetts 01701.

8.      On information and belief, HomeGoods, LLC ("HomeGoods") is a Delaware limited liability company with a principal place of business at 770 Cochituate Road, Framingham, Massachusetts 01701. HomeGoods is wholly owned and operated by TJX.

9.      On information and belief, Marshalls of Nevada, Inc. ("Marshalls") is a Nevada corporation with a principal place of business at 4100 East Lone Mountain Road, North Las Vegas, Nevada 89031. Marshalls is wholly owned and operated by TJX.

10.      On information and belief, NBC Fourth Realty Corp. ("T.J. Maxx" is a Nevada corporation with a principal place of business at 70 Cochituate Road, Framingham, Massachusetts 01701. T.J. Maxx is wholly owned and operated by TJX

11.      On information and belief, Malani Impex Inc. is an India company with a principal place of business at 17, Ramkishan Marg, Kailashpuri, New Sanganer Road, Jaipur, India, 302019.

12.      On information and belief, Master Strokes Interior Private Limited, is an India private limited company with a principal place of business at A-83/C Freedom Fighters Enclave, Neb Sarai, Delhi, India, 110068.

13.      On information and belief, Haute Affaires NYC Inc. is a New Jersey corporation with a principal place of business at 411 Hackensack Ave, Ste 403, Hackensack, New Jersey 07601.

## JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction over Printfresh's copyright infringement claim pursuant to 28 U.S.C. §§ 1331 AND 1338(A).

15.     This Court has personal jurisdiction over Defendant TJX and its wholly owned subsidiaries pursuant to M.G.L. ch.223A §3 Because Defendant TJX regularly transacts business within the Commonwealth of Massachusetts, contracts to supply goods and/or services in the States; and has sold or caused to be sold apparel and homeware products infringing Printfresh's copyrights within the State, causing tortious injury in the Commonwealth of Massachusetts.

16.     This Court has personal jurisdiction over Defendant Haute Affaires pursuant to M.G.L. ch.223A §3 Because Defendant Haute Affaires regularly transacts business within the Commonwealth of Massachusetts, contracts to supply goods and/or services in the States; and has sold or caused to be sold apparel products infringing Printfresh's copyrights within the State, causing tortious injury in the Commonwealth of Massachusetts.

17.     This Court has personal jurisdiction over Defendants Malani Impex and Haute Affaires pursuant to M.G.L. ch.223A §3 Because Defendant Malani Impex and Haute Affaires regularly transacts business within the Commonwealth of Massachusetts, contracts to supply goods and/or services in the States; and has sold or caused to be sold apparel and homeware products infringing Printfresh's copyright within the State, causing tortious injury in the Commonwealth of Massachusetts.

18.     Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Printfresh's claims occurred in the District of Massachusetts.

## FACTUAL BACKGROUND

### A.  Printfresh and the Copyrighted Work *Bagheera*

19.     Printfresh is a luxury lifestyle and apparel brand that specializes in unique and whimsical prints, graphics, embellishments, and embroideries.

20.     Printfresh creates and designs its own original and unique designs inspired by plants, animals, and home décor.

21.     Printfresh sells its products, which feature its original designs, through its own online platform at <printfresh.com>, in various brick-and-mortar stores (like Anthropologie), and through various authorized retailers and wholesalers.

22.     Printfresh is well known in the lifestyle and apparel industries for its original designs and has been featured in industry media outlets including *Vogue*, *Vice*, *Cosmopolitan*, and *The Zoe Report,* and national media outlets including *Forbes*, *The Washington Post*, *Town & Country*, and *Good Morning America*.

23.     Among its library of one-of-a-kind original print designs is *Bagheera*, which is an original work created by Printfresh in or around 2019.

24.     An image of *Bagheera* appears below:



25.     *Bagheera* is one of Printfresh's most popular designs and is available in several colorways across Printfresh's various products.

26.     At all times material hereto, images of Printfresh's *Bagheera* design were displayed, and continue to be displayed, on Printfresh's website at <https://printfresh.com/>.

27.     The *Bagheera* print has also been featured, either by name or by image, at industry trade shows and in national media articles including in *Forbes*, *The Washington Post*, and *Good Morning America*, among others.

28.     Printfresh registered the copyright to *Bagheera* with the United States Copyright Office under Registration No. VA 2-183-396, effective as of October 23, 2019. A copy of the Certificate of Registration and relevant deposit material are attached as Exhibit A.

**B.  Printfresh and the Copyrighted Work *Tiger Queen***

29.    Also included in Printfresh's library of original print designs is *Tiger Queen*, which

is an original work created by Printfresh in or around 2020.

30.    An image of *Tiger Queen* appears below:



31.    *Tiger Queen* is one of Printfresh's most popular designs and is available in several

colorways across Printfresh's various products.

32.    At all times material hereto, images of Printfresh's *Tiger Queen* design were

displayed, and continue to be displayed, on Printfresh's website at <https://printfresh.com>.

33.    The *Tiger Queen* print has also been featured, either by name, or by image, in

national media articles including *Business Insider*, *Forbes*, and *Cosmopolitan*, among others.

34.    Printfresh registered the copyright to *Tiger Queen* with the United States Copyright

Office under Registration No. VA 2-258-880, effective as of June 16, 2021. A copy of the

Certificate of Registration and relevant deposit material are attached as Exhibit B.

### C. **Defendants' Infringing Activities**

35.     On information and belief, The TJX Companies owns and controls HomeGoods, a retailer with more than 900 brick-and-mortar locations in 47 states through which it displays, sells, and distributes apparel and home furnishing products.

36.     On information and belief, The TJX Companies owns and controls Marshalls, retailer with more than 1,200 brick-and-mortar locations in the United States through which it displays, sells, and distributes apparel and home furnishing products.

37.     On information and belief, The TJX Companies owns and controls T.J. Maxx, a retailer which operates more than 1,300 brick-and-mortar locations in the United States through which it displays, sells, and distributes apparel and home furnishing products.

38.     On information and belief, Malani Impex is an India-based textiles and handicrafts manufacturer and exporter that exports products to the United States.

39.     On information and belief, Master Strokes Interior is an India private limited company that exports products to the United States.

40.     On information and belief, Haute Affaires NYC Inc. owns and controls Haute Dreamz, a women's sleepwear brand.

### *Malani Impex, TJX, HomeGoods, and Marshalls*

41.     On information and belief, Malani Impex manufactured, displayed, imported into the United States, distributed, offered for sale home furnishings including armchairs, various pillows, and ottoman poofs, that featured prints bearing an identical design to *Bagheera* (the "Malani Impex Home Furnishings").

42.     On information and belief, in 2024, HomeGoods and Marshalls purchased the Malani Impex Home Furnishings from Malani Impex and imported these products into the U.S..

43.     Upon information and belief, HomeGoods and Marshalls then displayed, distributed, offered for sale, and sold the Malani Impex Home Furnishings as part of its India A World Traveler Collection.

44.     Upon information and belief, HomeGoods then displayed and distributed images of the Malani Impex Home Furnishings in its advertisements and marketing materials. A representative image of these materials appear below:



45.     The Malani Impex Home Furnishings included the "Malani Chair" (Marshalls retail price of $399.99), the "Malani Round Pillow" (HomeGoods retail price of $16.99), the "Malani

Square Pillow" (HomeGoods retail price of $19.99), the "Malani Bolster Pillow" (HomeGoods retail price of $24.99), the "Malani Large Square Cushion" (HomeGoods retail price of $49.99) and the "Malani Poof" (HomeGoods retail price of $59.99).

46.    Images of the Malani Impex Home Furnishings and their prints appear below:



*Malani Chair*



*Malani Round Pillow*



*Malani Square Pillow*



*Malani Bolster Pillow*



*Malani Large Square Cushion*



*Malani Poof*



47.     The prints featured on the Malani Impex Home Furnishings (the "Malani Impex Prints") reproduce exact copies of Printfresh's original *Bagheera* design.

48.     There are no discernable differences between the Malani Impex Prints and Printfresh's *Bagheera* design.

49.    A side-by-side comparison shows that the Malani Impex Prints are copies of Printfresh's *Bagheera* design.







50.     Printfresh has suffered and continues to suffer damages and irreparable injury as a result of TJX, HomeGoods, Marshalls, and Malani Impex's infringement of its copyright.

**Master Stroke Interiors Private Limited, TJX, and HomeGoods**

51.     On information and belief, Master Stroke Interiors Private Limited manufactured, displayed, imported into the United States, distributed, offered for sale home furnishings including mirrors, picture frames, and wooden boxes that featured prints bearing an identical design to *Bagheera* (the "Master Stroke Interior Furnishings").

52.     On information and belief, in 2024, HomeGoods purchased the Master Stroke Interior Furnishings from Master Stroke and imported these products into the United States.

53.     Upon information and belief, HomeGoods displayed, distributed, offered for sale, and sold the Master Stroke Interior Furnishings as part of its India A World Traveler Collection.

54.     The Master Stroke Interior Furnishings included the "5x7 Frame" (HomeGoods retail price of $9.99), the "4x4 Frame" (HomeGoods retail price of $6.99), the "4x6 Frame" (HomeGoods retail price of $7.99), the "Small Wood Box" (HomeGoods retail price of $16.99), the "Large Wood Box" (HomeGoods retail price of $19.99), and the "Arch Mirror Bone" (HomeGoods retail price of $149.99).

55.     A representative image of one of the Master Stroke Interior Furnishings and its respective print appears below:



*5x7 Frame*



56.    The prints featured on the Master Stroke Interior Furnishings (the "Master Stroke Interior Prints") reproduce exact copies of Printfresh's original *Bagheera* design.

57.    There are no discernable differences between the Master Stroke Interior Prints and Printfresh's *Bagheera* design.

58.    A side-by-side comparison makes it clear that the Master Stroke Interior Prints are copies of Printfresh's *Bagheera* design.

| Printfresh's Bagheera Print | Infringing Product |
|---|---|
|  | |

59.    Printfresh has suffered and continues to suffer damages and irreparable injury as a result of HomeGoods, TJX, and Master Stroke Interior's infringement of its copyright.

**Haute Affaires, TJX, Marshalls, and T.J. Maxx**

60.    On information and belief, Haute Affaires purchased, imported into the United States, displayed, distributed, and offered for sale apparel bearing prints that infringe Printfresh's original *Bagheera* design and *Tiger Queen* design (the "Haute Affaires Apparel").

61.    On information and belief, Haute Affaires operates the website <https://haute-dreamz.com> (the "Haute Affaires Website"), through which it displays, sells, and distributes various apparel products.

62.    Upon information and belief, the Haute Affaires Apparel is available for viewing, and was available for purchase, via the Haute Affaires Website.

63.    On information and belief, in 2024, Marshalls and T.J. Maxx purchased the Haute Affaires Apparel from Haute Affaires.

64.    Upon information and belief, Marshalls and T.J. Maxx then displayed, distributed, offered for sale, and sold the Haute Affaires Apparel.

65.    The Haute Affaires Apparel included the "Bagheera Pajama Set" in at least two colorways (Marshalls Price of $19.99) and the "Tiger Pajama Set" (TJ. Maxx Price of $19.99).

66.    Upon information and belief, the Haute Affaires Website listed the Bagheera Pajama Set on the Haute Affaires Website as the "Green Tiger Bagheera 100% Cotton Pajama set." An image of this product listing appears below.



67.    Images of the Haute Affaires Apparel and their respective prints appear below.



*Tiger Pajama Set*



*Tiger Pajama Set*



*Bagheera Pajama Set*



*Bagheera Pajama Set*



68.     The print featured on the Bagheera Pajama Set (the "Haute Affaires Bagheera Print") is substantially similar to Printfresh's original *Bagheera* design.

69.     There are very few discernable visual differences between the leopard featured in the Haute Affaires Bagheera Print and those in Printfresh's *Bagheera* design.

70.     The bushes featured in the Haute Affaires Bagheera Print are substantially similar to those found in Printfresh's original *Bagheera* design.

71. A side-by-side comparison makes it clear that the designer and manufacturer of the Haute Affaires Bagheera Print cherry picked the primary elements of Printfresh's unique design, made very minimal changes and transposed them onto a different background.

| Printfresh's Bagheera Print | Infringing Product |
|---|---|



| Printfresh's Bagheera Print | Infringing Product |
|---|---|



72. The print featured on the Tiger Pajama Set (the "Tiger Print") is substantially similar to Printfresh's original *Tiger Queen* design.

73. There are very few discernable differences between the tigers featured in the Tiger Print and those in Printfresh's *Tiger Queen* design.

74. A side-by-side comparison makes it clear that the designer and manufacturer of the Haute Affaires Tiger Print cherry picked the tigers – which are the primary elements of Printfresh's one-of-a-kind *Tiger Queen,* design and transposed them onto a different background.

| Printfresh's Tiger Queen Print | Infringing Product |
| --- | --- |



75. Printfresh has suffered and continues to suffer damages and irreparable injury as a result of Haute Affaires, TJX, Marshalls, and T.J. Maxx's infringement of its copyrights.

**Count 1: All Defendants**

**Copyright Infringement – *Bagheera* Print**

76. Printfresh incorporates by reference paragraphs 1 – 75 of this Complaint, inclusive, as if the same were fully set forth herein.

77. Printfresh's *Bagheera* is copyrightable under the laws of the United States.

78. Printfresh is the sole owner of all right, title, and interest in the copyright in *Bagheera*, which has been registered through the United States Copyright Office and assigned Registration No. VA 2-183-396.

79.    Without authorization, Defendants Malani Impex Inc., and Master Stroke Interiors Private Limited reproduced, displayed, distributed, sold, and otherwise used prints that are substantially similar to Printfresh's *Bagheera* design.

80.    Without authorization, Defendants Haute Affaires NYC, and The TJX Companies, Inc., displayed, distributed, sold, and otherwise used prints that are substantially similar to Printfresh's *Bagheera* design.

81.    Such unauthorized use constitutes an infringement of Printfresh's copyright for which Printfresh is entitled to damages and injunctive relief.

**Count 2: The TJX Companies, Inc. and Haute Affaires NYC Inc.**

**Copyright Infringement – *Tiger Queen* Print**

82.    Printfresh incorporates by reference paragraphs 1 - 75 of this Complaint, inclusive, as if the same were fully set forth herein.

83.    Printfresh's *Tiger Queen* is copyrightable under the laws of the United States.

84.    Printfresh is the sole owner of all right, title, and interest in the copyright in *Tiger Queen*, which has been registered through the United States Copyright Office and assigned Registration No. VA 2-258-880.

85.    Without authorization, Haute Affaires NYC Inc., and The TJX Companies, Inc., displayed, distributed, sold, and otherwise used a print that is substantially similar to Printfresh's *Tiger Queen* design.

86.    Such unauthorized use constitutes an infringement of Printfresh's copyright for which Printfresh is entitled to damages and injunctive relief.

**Prayers for Relief**

WHEREFORE, Printfresh prays that this Court:

a. Enjoins Defendants from all further use of prints substantially similar to Printfresh's *Bagheera* design during the pendency of this litigation;

b. Declares that Defendants have infringed Printfresh's copyright in *Bagheera* under the Copyright Act;

c. Orders Defendants to deliver up for impoundment all infringing copies of *Bagheera* which are in the Defendants' possession or control, in all forms whatsoever, including but not limited to the Malani Impex Home Furnishings, Master Stroke Home Furnishings, and the Bagheera Pajama Set.

d. Permanently enjoins and restrains Defendants, their successors, agents, and employees; and anyone acting in active concert or participation with or at the behest or direction of Defendants, from all further reproduction, manufacture, importation, display, sale, advertising, distribution, or other use of any design which infringes the *Bagheera* print in any manner.

e. Orders The TJX Companies, Inc. and its subsidiaries, and Malani Impex Inc. to provide Printfresh with a full accounting of all reproduction, manufacture, importation, display, sale, advertising, and/or distribution of the Malani Impex Home Furnishings displaying the Malani Impex Prints and any other infringing product(s), including (i) a full accounting of all sales of the Malani Impex Home Furnishings; (ii) identification of all affiliated parties who have distributed and/or sold the Malani Impex Home Furnishings; and (iii) all manufacturing, importation, and warehousing records related to the Malani Impex Home Furnishings.

f.  Orders The TJX Companies, Inc. and its subsidiaries, and Master Stroke Interiors Private Limited to provide Printfresh with a full accounting of all reproduction, manufacture, importation, display, sale, advertising, and/or distribution of the Master Stroke Home Furnishings displaying the Master Stroke Interior Prints and any other infringing product(s), including (i) a full accounting of all sales of the Master Strokes Interior Furnishings; (ii) identification of all affiliated parties who have distributed and/or sold the Master Strokes Interior Furnishings; and (iii) all manufacturing, importation, and warehousing records related to the Master Strokes Interior Furnishings.

g.  Orders The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc. to provide Printfresh with a full accounting of all reproduction, manufacture, importation, display, sale, advertising, and/or distribution of the Bagheera Pajama Set displaying the Haute Affaires Bagheera Print and any other infringing product(s), including (i) a full accounting of all sales of the Bagheera Pajama Sets; (ii) identification of all affiliated parties who have distributed and/or sold the Bagheera Pajama Sets; and (iii) all manufacturing, importation, and warehousing records related to the Bagheera Pajama Sets.

h.  Issues a preliminary order enjoining The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc. from all further use of prints substantially similar to Printfresh's *Tiger Queen* design during the pendency of this litigation;

i.  Declares that The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc. have infringed Printfresh's copyright in *Tiger Queen* under the Copyright Act;

j.  Orders The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc. to deliver up for impoundment all infringing copies of *Tiger Queen* which are in The TJX

Companies and Haute Affaires NYC Inc.'s possession or control, in all forms whatsoever including but not limited to the Tiger Pajama Sets.

k.  Permanently enjoin and restrain The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc., their successors, agents, and employees; and anyone acting in active concert or participation with or at the behest or direction of The TJX Companies, Inc. or Haute Affaires NYC Inc., from all further reproduction, manufacture, importation, display, sale, advertising, distribution, or other use of any design which infringes the *Tiger Queen* print in any manner.

l.  Orders The TJX Companies, Inc. and its subsidiaries, and Haute Affaires NYC Inc. to provide Printfresh with a full accounting of all reproduction, manufacture, importation, display, sale, advertising, and/or distribution of the Tiger Pajama Sets and other infringing product(s), including (i) a full accounting of sales of the Tiger Pajama Sets; (ii) identification of affiliated parties who distributed and/or sold the Tiger Pajama Sets; and (iii) all manufacturing, importation, and warehousing records for the Tiger Pajama Sets.

m.  Order Defendants to file with the Court and serve on Printfresh's counsel within thirty days after service of the injunction, a written report, sworn under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

n.  Awards Printfresh all profits earned by Defendants from the infringement of Printfresh's *Bagheera* print and *Tiger Queen* print in accordance with § 504(b) of the Copyright Act.

o.  Awards Printfresh, if elected, such statutory damages within the provisions of the Copyright Act in a sum not less than $750.00, nor more than $30,000.00, per infringed work, or if the Court finds that infringement was committed willfully, such statutory

damages within the provisions of the Copyright Act in a sum up to and including $150,000.00 per infringed work;

p.  Awards Printfresh its reasonable attorneys' fees, costs of suit, and interest; and

q.  Orders or awards other such relief that the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Printfresh hereby makes demand for a trial by jury on all issues triable to a jury.

SAUNDERS & SILVERSTEIN LLP

Date: August 21, 2025

/s/Aaron Y. Silverstein
Aaron Y. Silverstein
(BBO No. 660716)
Saunders & Silverstein LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
+1.978.463.9100
trademarks@sandsip.com
asilverstein@sandsip.com

RANDAZZA LEGAL GROUP, PLLC

Date: August 21, 2025

/s/Marc J. Randazza
Marc J. Randazza
(BBO No. 651477)
Marc Randazza Legal Group
30 Western Ave
Gloucester, MA 01930
+1.888.667.1776
ecf@randazza.com

Attorneys for Plaintiff
PRINTFRESH LLC